1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6
7
8

CHRIS TEMPLETON,

                              Plaintiff,

                  v.

THE BISHOP OF CHARLESTON,

                              Defendant.

Case No. MC20-0083RSL

ORDER

9
10
11
12
13
14
15
16
17

On October 15, 2020, defendant The Bishop of Charleston filed a motion to quash
subpoenae issued to a third-party in connection with litigation pending in the United States
District Court for the District of South Carolina. Dkt. # 1. Plaintiff Chris Templeton has filed an
opposition to the motion. Dkt. # 4. In light of the contested nature of this proceeding, the Clerk
of Court is directed to assign a civil action number.

18
19

Dated this 26th day of October, 2020.

20
21
22

Robert S. Lasnik
United States District Judge

23
24
25
26

ORDER